9th Cir. Certiorari denied. Reported below: 10 Fed. Appx. 569 (first judgment); 14 Fed. Appx. 881 (second judgment).

No. 01–6020. PEOPLES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6022. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6023. SANTILLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6029. JOHNSON v. UNITED STATES; and OHMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 10 Fed. Appx. 524 (first judgment); 13 Fed. Appx. 568 (second judgment).

No. 01–6032. FORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6039. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6054. TATE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6059. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–1469. BEIN ET VIR v. UNITED STATES. C. A. 3d Cir. Motion of petitioners to strike the brief in opposition denied. Certiorari denied.

No. 00–1518. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY v. MASK. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 00–1774. CALDERON, WARDEN v. SANDOVAL. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 00–1882. PARKER, WARDEN v. SKAGGS. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.